IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MALIBU MEDIA, LLC,  :

    Plaintiff,

    v.  :

JOHN DOE, subscriber assigned
IP address 75.186.16.47,

    Defendant.  :

Case No. 3:15-cv-122

JUDGE WALTER H. RICE

---

ORDER GRANTING JOHN DOE DEFENDANT
A PROTECTIVE ORDER TO PROCEED ANONYMOUSLY

---

THIS CAUSE came before the Court *sua sponte*.  Considering the sensitive nature of Plaintiff's allegations that the John Doe Defendant engaged in morally questionable conduct by unlawfully downloading Plaintiff's copyrighted work, and being duly advised that Plaintiff does not oppose the entry of this Order, the Court hereby finds good cause exists for the Defendant to proceed anonymously in this lawsuit.  The Court directs that the John Doe Defendant shall not be publicly identified as the Defendant in this action by his or her true name, or other identifying information, until further order of the Court.  See Fed. R. Civ. P. 26(c) (permitting a court to enter a protective order to "protect a party or person from

1

annoyance, embarrassment, oppression, or undue burden or expense").[1]  Plaintiff and Defendant's ISP are prohibited from publicly disclosing John Doe's personal identifying information absent further order by the Court.

Date: April 13, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Defendant John Doe may wish to be identified by his or her true name after entering an appearance in this matter.  At that time, he or she may move the Court for an order vacating the protective order.

2